UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES STERLING WOMACK** | **CIVIL ACTION NO. 14-2434** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STANAVAN SHAW** | **MAG. JUDGE KAREN L. HAYES** |

**RULING**

*Pro se* Plaintiff Charles Sterling Womack filed the instant civil rights complaint pursuant to 42 U.S.C. §1983. On September 22, 2014, the Magistrate Judge ordered Plaintiff to amend his complaint within 30 days to provide additional factual support for his claims. Plaintiff has not responded, has not advised the Court of his current whereabouts, and has not otherwise been in contact with the Court since he filed his motion to proceed *in forma pauperis* on August 27, 2014.

On January 7, 2015, the Magistrate Judge issued a Report and Recommendation [Doc. No. 8], recommending that the Court dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 41(b) for failure to prosecute and for failure to comply with her September 22, 2014 order.

On January 12, 2015, the copy of the Report and Recommendation which was mailed to Plaintiff at the Ouachita Correctional Center was returned with the notation "Return to Sender–Not Here." [Doc. No. 9].

Under Local Rule 41.3, "[t]he failure of a[] . . . pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is

made to the address for a period of 30 days." In this case, the copy of the Report and Recommendation was returned to the Court, on January 12, 2015, and the thirty-day period expired on February 10, 2015. As of this date, Plaintiff has made no further contact with the Court.

Thus, for the reasons stated in the Report and Recommendation and for these additional reasons, the Court will dismiss Plaintiff's Complaint pursuant to Rule 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 11th day of March, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE