UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**CHARLES STERLING WOMACK**          **CIVIL ACTION NO. 14-2434**

**VERSUS**          **JUDGE ROBERT G. JAMES**

**STANAVAN SHAW**          **MAG. JUDGE KAREN L. HAYES**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

MONROE, LOUISIANA, this 11th day of March, 2015.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**